**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Paladin Capital, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **62-1584643** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5200 Maryland Way**<br>**Brentwood, TN 37027-8034**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Davidson**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.paladin-capital.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Paladin Capital, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4841**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____ When _____

Relationship _____
Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☑ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Paladin Capital, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 26, 2026**
          MM / DD / YYYY

**X** **/s/ Brian Hall**          **Brian Hall**
     Signature of authorized representative of debtor      Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Michael G. Abelow**      Date **January 26, 2026**
    Signature of attorney for debtor       MM / DD / YYYY

**Michael G. Abelow 026710**
Printed name

**Sherrard Roe Voigt & Harbison, PLC**
Firm name

**1600 West End Avenue**
**Suite 1750**
**Nashville, TN 37203**
Number, Street, City, State & ZIP Code

Contact phone    **(615) 742-4532**     Email address    **mabelow@srvhlaw.com**

**026710 TN**
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number (*if known*) _____    Chapter    **11**

☐ Check if this is an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Paladin Capital, Inc.** | Case number (*if known*) | |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| Debtor | **Capital City Leasing, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **CCL Permitting, LLC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Central Logistics, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Dolphin Line, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Freight Contracting Services, LLC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **ildhorse Fleet Services, LLC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **K&L LLC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **L Street Ventures, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Magnum Express, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Magnum Logistics, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Magnum Warehouse Services, LLC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Nacarato Truck Leasing, WE#2, Inc.** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Quickway Carriers, Inc.;** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Quickway Logistics, Inc.;** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Quickway Quickway Services, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Quickway Transportation, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **QW Leasing** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **RC Enterprises, LLC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **RC Trailer Sales & Service Company, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Robert Bearden, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **SG Express, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **SNL Distributing Services Corporation** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Sutherland National Insurance Company, LLC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Volunteer Express, Inc** | | Relationship to you | |
| District | | When | Case number, if known | |

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main
Document      Page 6 of 39

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 26, 2026**     X **/s/ Brian Hall**
                                               Signature of individual signing on behalf of debtor

                                               **Brian Hall**
                                               Printed name

                                               **CEO**
                                               Position or relationship to debtor

Debtor name **Paladin Capital, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Banc of America Leasing & Capital, LLC C T CORPORATION SYSTEM 300 MONTVUE RD Knoxville, TN 37919-5546** | | **Master Lease Agreement  by and between Banc of America Leasing & Capital, LLC ("Lessor") and Capital City Leasing, Inc.; K&L, LLC; and S-G Express, In** | | | | **$18,000,000.00** |
| **BMO Bank N.A. 320 S Canal St Chicago, IL 60606** | | **Loan and Security Agreements dated September 22, 2020, July 26, 2021 and February 16, 2024, between Capital City Leasing, Inc. ("Borrower") and the B** | | | | **$24,000,000.00** |
| **Bowman Sales & Equipment, Inc. 10233 Governor Lane Blvd. Williamsport, MD 21795** | | **QW.** | | | | **$3,225,195.74** |
| **CONTINENTAL TIRE THE AMERICAS, LLC P O BOX 745388 AL 35320** | | | | | | **$272,729.24** |
| **Daimler Truck Financial Services USA LLC PO Box 4161 Carol Stream, IL 60197** | | **Equipment lease/ SGE** | | | | **$289,266.68** |

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main
Document    Page 9 of 39

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ENGS Commercial Finance Co PO Box 128 Itasca, IL 60143** | | | | | | **$144,710.64** |
| **First Horizon Corporation c/o its RA SHANNON M HERNANDEZ 165 Madison Ave Memphis, TN 38103** | | | | | | **$22,000,000.00** |
| **Fleet Leasing 2505 FARRISVIEW BLVD Memphis, TN 38118** | | | | | | **$13,201,967.00** |
| **Lighthouse Trailer Sales 2806 Russelville Road Bowling Green, KY 42101** | | CCL | | | | **$1,280,925.00** |
| **Medical Plan # 106000** | | | | | | **$632,200.69** |
| **Metro Trailer 100 Metro Pkwy Pelham, AL 35124** | | CCL | | | | **$2,073,300.00** |
| **MVPREFERRED PO BOX 7247-6171 Philadelphia, PA 19170** | | Also under VFS. CCL debt. | | | | **$2,175,915.13** |
| **Navistar Financial 2701 Navistar Drive Lisle, IL 60532** | | CCL | | | | **$2,315,660.60** |
| **PEOPLENET COMMUNICATIONS CORPORTATION P O BOX 203673 Dallas, TX 75320** | | CCL | | | | **$847,649.32** |
| **Pinnacle Financial Partners 21 Platform Way South, Suite 2300 Nashville, TN 37203** | | CCL Equipment Lease | | | | **$510,727.38** |
| **Siemens PO Box 2083 Carol Stream, IL 60132** | | SGE Equipment Lease | | | | **$186,423.12** |
| **Vantage Financial 444 SECOND ST Excelsior, MN 55331** | | PCI.  IT Vendor | | | | **$420,174.56** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Equipment Finance PO Box 858178 Minneapolis, MN 55485** | | **SGE Equipment Lease** | | | | **$206,492.00** |
| **William P. Prevost (estate of)** | | **Former CEO; liability to estate under employment agreement** | | | | **$3,700,000.00** |
| **Xtra Lease PO Box 219562 Kansas City, MO 64121** | | **CCL Equipment Lease** | | | | **$222,750.00** |

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main
                    Document      Page 11 of 39

**Fill in this information to identify the case:**

Debtor name    **Paladin Capital, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $ **34,736,005.41**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $ **34,736,005.41**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **14,000,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **96,481,866.57**

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b    $ **110,481,866.57**

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main
Document    Page 12 of 39

| Debtor name | **Paladin Capital, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property            12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.

   ■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2.    **Cash on hand** | **$1,179,617.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$1,179,617.00**

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.

   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1.   **Deposits per November 2025 consolidated balance sheet** | **$1,141,207.00** |
   |---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | 8.1.   **Prepaid expenses and other current assets per November 2025 balance sheet.** | **$4,152,544.00** |
   |---|---|

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | | |
   |---|---|
   | | **$5,293,751.00** |

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ■ Yes Fill in the information below.

11.    **Accounts receivable**

   11a. 90 days old or less:      **10,718,637.41**    -          **0.00** = ....      **$10,718,637.41**
                  face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

   | | |
   |---|---|
   | | **$10,718,637.41** |

## Part 4:    Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:             % of ownership<br>**100% equity interests in: Quickway Carriers, Inc.; Quickway Transportation, Inc.; Quickway Logistics, Inc.; Quickway Services, Inc.; Freight Contracting Services, LLC; Volunteer Express, Inc.; Capital City Leasing, Inc.; Central Logistics, Inc.; Dolphin Line, Inc.; SNL Distribution Services Corporation; Sutherland National Insurance Company, LLC; L Street Ventures Inc.;** | | |
| 15.1.    **MALA, Inc.**     **100** % | | **Unknown** |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17. **Total of Part 4.**

   Add lines 14 through 16. Copy the total to line 83.

   | | |
   |---|---|
   | | **$0.00** |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.

   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**
      **Inventories per**
      **November 2025**
      **consolidated balance**
      **sheet.**                                                         $0.00                          $5,402,000.00

23.   **Total of Part 5.**                                                                                    $5,402,000.00

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **Furniture and equipment at various locations including the corporate office** | **Unknown** | | $0.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                           $0.00
      Add lines 39 through 42.  Copy the total to line 86.

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main
Document      Page 15 of 39

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Trucks, trailers. Value as per collateral value as determined by Truist. Collateral owned via various subsidiaries.** | **$0.00** | N/A | **$12,142,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Shop equipment and company vehicles** | **Unknown** | | **$0.00** |

51. **Total of Part 8.**

          **$12,142,000.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | Paladin Capital, Inc. | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. **Real property owned by Robert Bearden, Inc.** | | $400,000.00 | N/A | $0.00 |

---

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.

    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

Debtor **Paladin Capital, Inc.**       Case number *(If known)* _____
      Name

| Part 12: | **Summary** |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,179,617.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,293,751.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,718,637.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,402,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,142,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,736,005.41 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $34,736,005.41

Case 3:26-bk-00316    Doc 1    Filed 01/26/26    Entered 01/26/26 15:38:38    Desc Main
Document     Page 18 of 39

| | |
|---|---|
| Debtor name | **Paladin Capital, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Truist Bank** | **Describe debtor's property that is subject to a lien** | $14,000,000.00 | $10,718,637.41 |
|---|---|---|---|---|

Creditor's Name

**c/o Corporation Service Company**
**2908 Poston Ave**
**Nashville, TN 37203-1312**

Creditor's mailing address

**90 days or less: Consolidated AR; plus owned equipment; Debtor contends Truist is oversecured**

Creditor's email address, if known

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$14,000,000.00** |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brent McIlwain, Esq.**<br>**1722 Routh Street, Suite 1500**<br>**Dallas, TX 75201** | Line **2.1** | |

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main Document    Page 19 of 39

Debtor name    **Paladin Capital, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

   **1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

     ■ No. Go to Part 2.

     ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

   **3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** <br> **AJ Partners LLC** <br> **2206 SEAVER LN** <br> **Hoffman Estates, IL 60169** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$13,200.00** |
| **3.2** **Nonpriority creditor's name and mailing address** <br> **Banc of America Leasing & Capital, LLC** <br> **C T CORPORATION SYSTEM** <br> **300 MONTVUE RD** <br> **Knoxville, TN 37919-5546** <br><br> **Date(s) debt was incurred** **4/9/09** <br> **Last 4 digits of account number** **0000** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Master Lease Agreement by and between Banc of America Leasing & Capital, LLC ("Lessor") and Capital City Leasing, Inc.; K&L, LLC; and S-G Express, Inc. (the "Lessees")** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$18,000,000.00** |
| **3.3** **Nonpriority creditor's name and mailing address** <br> **BLACK TIP TRANSPORTATION INC** <br> **301 GRANDVIEW TERRACE** <br> **Anderson, SC 29626** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **CLI Carrier** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$10,200.00** |

| Debtor | Paladin Capital, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000,000.00 |
|---|---|---|---|

**3.4** Nonpriority creditor's name and mailing address
**BMO Bank N.A.**
**320 S Canal St**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$24,000,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan and Security Agreements dated September 22, 2020, July 26, 2021 and February 16, 2024, between Capital City Leasing, Inc. ("Borrower") and the Bank (the "Loan Documents"), and (ii) Master Vehicle Lease Agreement dated June 23, 2016**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
**Bowman Sales & Equipment, Inc.**
**10233 Governor Lane Blvd.**
**Williamsport, MD 21795**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,225,195.74**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **QW.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
**CONTINENTAL TIRE THE AMERICAS, LLC**
**P O BOX 745388**
**  AL 35320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$272,729.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**Daimler Truck Financial Services USA LLC**
**PO Box 4161**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$289,266.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease/ SGE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
**Electronic Funds Source, LLC (Wex)**
**PO BOX 630038**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$57,840.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SNL.  Fuel.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
**ENGS Commercial Finance Co**
**PO Box 128**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$144,710.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
**First Horizon Corporation**
**c/o its RA SHANNON M HERNANDEZ**
**165 Madison Ave**
**Memphis, TN 38103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$22,000,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.           **$13,201,967.00** |
| | **Fleet Leasing** | ☐ Contingent |
| | **2505 FARRISVIEW BLVD** | ☐ Unliquidated |
| | **Memphis, TN 38118** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.           **$84,758.48** |
| | **FLEETNET AMERICA INC.** | ☐ Contingent |
| | **PO BOX 604165** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **CCL variable maintenance.** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.           **$40,460.38** |
| | **Forvis Mazars** | ☐ Contingent |
| | **PO BOX 200870** | ☐ Unliquidated |
| | **Dallas, TX 75320** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.           **Unknown** |
| | **KROGER / RASC 092 PRGX CLAIM** | ☐ Contingent |
| | **3496 SOLUTIONS CENTER** | ☐ Unliquidated |
| | **Chicago, IL 60677-3004** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.           **$1,280,925.00** |
| | **Lighthouse Trailer Sales** | ☐ Contingent |
| | **2806 Russelville Road** | ☐ Unliquidated |
| | **Bowling Green, KY 42101** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **CCL** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.           **Unknown** |
| | **Lucent Health** | ☐ Contingent |
| | **424 Church Street** | ☐ Unliquidated |
| | **Suite 2300** | ☐ Disputed |
| | **Nashville, TN 37203** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Third party administrator for health insurance** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.           **$50,100.00** |
| | **MAJ Transportation, Inc.** | ☐ Contingent |
| | **3870 LA SIERRA AVE # 398** | ☐ Unliquidated |
| | **Riverside, CA 92505** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **CLI** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,133.79 |

**Medical Plan #  100582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632,200.69 |

**Medical Plan # 106000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,073,300.00 |

**Metro Trailer**
**100 Metro Pkwy**
**Pelham, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CCL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,175,915.13 |

**MVPREFERRED**
**PO BOX 7247-6171**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Also under VFS.  CCL debt.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,315,660.60 |

**Navistar Financial**
**2701 Navistar Drive**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CCL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Navitus**
**2601 West Beltine Highway**
**Suite 600**
**Armour, SD 57313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pharmacy Third Party Administrator**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**One Digital**
**720 Cool Springs Blvd**
**Suite 400**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Broker for health claims self insured retention**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$847,649.32** |
|---|---|---|---|

**PEOPLENET COMMUNICATIONS CORPORTATION**
**P O BOX 203673**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CCL**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67,153.68** |
|---|---|---|---|

**PEOPLENET COMMUNICATIONS CORPORTATION**
**P O BOX 203673**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RBI.**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$510,727.38** |
|---|---|---|---|

**Pinnacle Financial Partners**
**21 Platform Way South, Suite 2300**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CCL Equipment Lease**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Principal Financial Group**
**PO Box 9394**
**Des Moines, IA 50306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee 401(k) plan administrator**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,582.74** |
|---|---|---|---|

**REGENCY OFFICE PRODUCTS, LLC**
**PO Box 2384**
**Brentwood, TN 37024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FCS.  Office Supplies**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89,216.03** |
|---|---|---|---|

**REGIONS EQUIPMENT FINANCE LTD**
**PO BOX 11407**
**Birmingham, AL 35246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SNL lease**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,800.00** |
|---|---|---|---|

**SH GLOBAL LOGISTICS LLC**
**23626 SAN RICCI CT**
**Richmond, TX 77406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,423.12 |

**Siemens**
**PO Box 2083**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __SGE Equipment Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,776.78 |

**Stoops Freightliner, Inc**
**27825 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __MEI__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,239.00 |

**Sumitomo Mitsui Finance and Leasing Comp**
**PO Box 530023**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __SGE equipment lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,898.67 |

**Tartan Oil, LLC**
**5508 LONAS DRIVE**
**Knoxville, TN 37909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __QTI. Fuel.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,262.52 |

**TENSTREET , LLC**
**120 W 3RD STREET**
**Tulsa, OK 74103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __FCS. Recruiting.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,994.43 |

**Tom McLeod Software Corp**
**PO BOX 830539**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __PCI.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,776.78 |

**Transportation Strategies, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __MEI__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,970.97** |

**TRIMBLE TRANSPORTATION ENTERPRISE**
**P O BOX 203455**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  FCS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$420,174.56** |

**Vantage Financial**
**444 SECOND ST**
**Excelsior, MN 55331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  PCI.  IT Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,414.43** |

**Verizon**
**PO Box 4001**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  FCS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206,492.00** |

**Wells Fargo Equipment Finance**
**PO Box 858178**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  SGE Equipment Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700,000.00** |

**William P. Prevost (estate of)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Former CEO; liability to estate under employment agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222,750.00** |

**Xtra Lease**
**PO Box 219562**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  CCL Equipment Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main
Document      Page 26 of 39

| Debtor | Paladin Capital, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James Chapman, Esq.**<br>**Chapman and Cutler LLP**<br>**320 South Canal Street, 27th Floor**<br>**Chicago, IL 60606** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **John Rowland, Esq.**<br>**1600 West End Avenue, Suite 2000**<br>**Nashville, TN 37203** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Laura Ketcham, Esq.**<br>**832 GEORGIA Ave**<br>**Suite 1200**<br>**Chattanooga, TN 37402** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. **+** $ | 96,481,866.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 96,481,866.57 |

Case 3:26-bk-00316 Doc 1 Filed 01/26/26 Entered 01/26/26 15:38:38 Desc Main
Document Page 27 of 39

**Fill in this information to identify the case:**

Debtor name    **Paladin Capital, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Truck equipment leases** | |
| State the term remaining | | **Banc of America Leasing & Capital, LLC** |
| List the contract number of any government contract | | **C T CORPORATION SYSTEM 300 MONTVUE RD Knoxville, TN 37919-5546** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Truck equipment leases** | |
| State the term remaining | | **BMO Bank N.A.** |
| List the contract number of any government contract | | **320 S Canal St Chicago, IL 60606** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Truck equipment leases** | |
| State the term remaining | | **First Horizon Corporation** |
| List the contract number of any government contract | | **c/o its RA SHANNON M HERNANDEZ 165 Madison Ave Memphis, TN 38103** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Debtors lease real property at most of their locations** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Various real property lessors** |

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main Document   Page 28 of 39

**Fill in this information to identify the case:**

Debtor name    **Paladin Capital, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Capital City Leasing, Inc.** | | **Truist Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Central Logistics, Inc.** | | **Truist Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Dolphin Line, Inc.** | | **Truist Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Freight Contracting Services LLC** | | **Truist Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **K&L, LLC** | | **Truist Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **L Street Ventures, Inc.** | **Truist Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Magnum Express Warehouse Services, LLC** | **Truist Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Magnum Express, Inc.** | **Truist Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Magnum Logistics, Inc.** | **Truist Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Quickway Carriers, Inc.** | **Truist Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Quickway Logistics, Inc.** | **Truist Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Quickway Services, Inc.** | **Truist Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Quickway Transportation, Inc.** | **Truist Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main
Document     Page 30 of 39

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

2.14   **RC Trailer Sales & Service Company, Inc.**     **Truist Bank**

■ D ___2.1___
□ E/F _____
□ G _____

2.15   **Robert Bearden, Inc.**     **Truist Bank**

■ D ___2.1___
□ E/F _____
□ G _____

2.16   **S-G Express, Inc.**     **Truist Bank**

■ D ___2.1___
□ E/F _____
□ G _____

2.17   **SNL Distribution Services Corporation**     **Truist Bank**

■ D ___2.1___
□ E/F _____
□ G _____

2.18   **Sutherland National Insurance Company LL**     **Truist Bank**

■ D ___2.1___
□ E/F _____
□ G _____

2.19   **Volunteer Express, Inc.**     **Truist Bank**

■ D ___2.1___
□ E/F _____
□ G _____

Case 3:26-bk-00316   Doc 1   Filed 01/26/26   Entered 01/26/26 15:38:38   Desc Main
Document      Page 31 of 39

# United States Bankruptcy Court
## Middle District of Tennessee

In re     **Paladin Capital, Inc.**        Case No. _____

             Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paladin Capital, Inc. ESOP**<br>**c/o Rick Cash**<br>**1818 Wallace Court**<br>**Bowling Green, KY 42103** | | | **100% equity ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 26, 2026**           Signature   **/s/ Brian Hall**

                                                   **Brian Hall**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Paladin Capital, Inc.**        Case No. _____

                   Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 26, 2026** _____        **/s/ Brian Hall** _____

                                                **Brian Hall**/**CEO**

                                                Signer/Title

PALADIN CAPITAL, INC.
5200 MARYLAND WAY
BRENTWOOD TN 37027-8034

MICHAEL G. ABELOW
SHERRARD ROE VOIGT & HARBISON, PLC
1600 WEST END AVENUE
SUITE 1750
NASHVILLE, TN 37203

AJ PARTNERS LLC
2206 SEAVER LN
HOFFMAN ESTATES IL 60169

BANC OF AMERICA LEASING & CAPITAL, LLC
C T CORPORATION SYSTEM
300 MONTVUE RD
KNOXVILLE TN 37919-5546

BLACK TIP TRANSPORTATION INC
301 GRANDVIEW TERRACE
ANDERSON SC 29626

BMO BANK N.A.
320 S CANAL ST
CHICAGO IL 60606

BOWMAN SALES & EQUIPMENT, INC.
10233 GOVERNOR LANE BLVD.
WILLIAMSPORT MD 21795

BRENT MCILWAIN, ESQ.
1722 ROUTH STREET, SUITE 1500
DALLAS TX 75201

CAPITAL CITY LEASING, INC.

CENTRAL LOGISTICS, INC.

CONTINENTAL TIRE THE AMERICAS, LLC
P O BOX 745388
AL 35320

DAIMLER TRUCK FINANCIAL SERVICES USA LLC
PO BOX 4161
CAROL STREAM IL 60197

DOLPHIN LINE, INC.

ELECTRONIC FUNDS SOURCE, LLC (WEX)
PO BOX 630038
CINCINNATI OH 45263

ENGS COMMERCIAL FINANCE CO
PO BOX 128
ITASCA IL 60143

FIRST HORIZON CORPORATION
C/O ITS RA SHANNON M HERNANDEZ
165 MADISON AVE
MEMPHIS TN 38103

FLEET LEASING
2505 FARRISVIEW BLVD
MEMPHIS TN 38118

FLEETNET AMERICA INC.
PO BOX 604165

FORVIS MAZARS
PO BOX 200870
DALLAS TX 75320

FREIGHT CONTRACTING SERVICES LLC

JAMES CHAPMAN, ESQ.
CHAPMAN AND CUTLER LLP
320 SOUTH CANAL STREET, 27TH FLOOR
CHICAGO IL 60606

JOHN ROWLAND, ESQ.
1600 WEST END AVENUE, SUITE 2000
NASHVILLE TN 37203

K&L, LLC

KROGER / RASC 092 PRGX CLAIM
3496 SOLUTIONS CENTER
CHICAGO IL 60677-3004

L STREET VENTURES, INC.

LAURA KETCHAM, ESQ.
 832 GEORGIA AVE
SUITE 1200
CHATTANOOGA TN 37402

LIGHTHOUSE TRAILER SALES
2806 RUSSELVILLE ROAD
BOWLING GREEN KY 42101

LUCENT HEALTH
424 CHURCH STREET
SUITE 2300
NASHVILLE TN 37203

MAGNUM EXPRESS WAREHOUSE SERVICES, LLC

MAGNUM EXPRESS, INC.

MAGNUM LOGISTICS, INC.

MAJ TRANSPORTATION, INC.
3870 LA SIERRA AVE # 398
RIVERSIDE CA 92505

MEDICAL PLAN #  100582

MEDICAL PLAN # 106000

METRO TRAILER
100 METRO PKWY
PELHAM AL 35124

MVPREFERRED
PO BOX 7247-6171
PHILADELPHIA PA 19170

NAVISTAR FINANCIAL
2701 NAVISTAR DRIVE
LISLE IL 60532

NAVITUS
2601 WEST BELTINE HIGHWAY
SUITE 600
ARMOUR SD 57313

ONE DIGITAL
720 COOL SPRINGS BLVD
SUITE 400
FRANKLIN TN 37067

PEOPLENET COMMUNICATIONS CORPORTATION
P O BOX 203673
DALLAS TX 75320

PINNACLE FINANCIAL PARTNERS
21 PLATFORM WAY SOUTH, SUITE 2300
NASHVILLE TN 37203

PRINCIPAL FINANCIAL GROUP
PO BOX 9394
DES MOINES IA 50306

QUICKWAY CARRIERS, INC.

QUICKWAY LOGISTICS, INC.

QUICKWAY SERVICES, INC.

QUICKWAY TRANSPORTATION, INC.

RC TRAILER SALES & SERVICE COMPANY, INC.

REGENCY OFFICE PRODUCTS, LLC
PO BOX 2384
BRENTWOOD TN 37024

REGIONS EQUIPMENT FINANCE LTD
PO BOX 11407
BIRMINGHAM AL 35246

ROBERT BEARDEN, INC.

S-G EXPRESS, INC.

SH GLOBAL LOGISTICS LLC
23626 SAN RICCI CT
RICHMOND TX 77406

SIEMENS
PO BOX 2083
CAROL STREAM IL 60132

SNL DISTRIBUTION SERVICES CORPORATION

STOOPS FREIGHTLINER, INC
27825 NETWORK PLACE
CHICAGO IL 60673

SUMITOMO MITSUI FINANCE AND LEASING COMP
PO BOX 530023
ATLANTA GA 30353

SUTHERLAND NATIONAL INSURANCE COMPANY LL

TARTAN OIL, LLC
5508 LONAS DRIVE
KNOXVILLE TN 37909

TENSTREET , LLC
120 W 3RD STREET
TULSA OK 74103

TOM MCLEOD SOFTWARE CORP
PO BOX 830539
BIRMINGHAM AL 35283

TRANSPORTATION STRATEGIES, INC.

TRIMBLE TRANSPORTATION ENTERPRISE
P O BOX 203455
DALLAS TX 75320

TRUIST BANK
C/O CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE TN 37203-1312

VANTAGE FINANCIAL
444 SECOND ST
EXCELSIOR MN 55331

VARIOUS REAL PROPERTY LESSORS

VERIZON
PO BOX 4001
ACWORTH GA 30101

VOLUNTEER EXPRESS, INC.

WELLS FARGO EQUIPMENT FINANCE
PO BOX 858178
MINNEAPOLIS MN 55485

WILLIAM P. PREVOST (ESTATE OF)

XTRA LEASE
PO BOX 219562
KANSAS CITY MO 64121

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Paladin Capital, Inc.**       Case No. _____

          Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Paladin Capital, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Paladin Capital, Inc. ESOP
c/o Rick Cash
1818 Wallace Court
Bowling Green, KY 42103**

☐ None [*Check if applicable*]

**January 26, 2026**             **/s/ Michael G. Abelow**

Date                            **Michael G. Abelow 026710**

Signature of Attorney or Litigant
Counsel for   **Paladin Capital, Inc.**

**Sherrard Roe Voigt & Harbison, PLC**

**1600 West End Avenue
Suite 1750
Nashville, TN 37203
(615) 742-4532
mabelow@srvhlaw.com**