**SO ORDERED.**
**SIGNED 25th day of March, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**





**Charles M. Walker**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re:<br><br>PALADIN CAPITAL, INC., et al.,<br><br>              Debtors. | Case No. 3:26-bk-00316<br>Chapter 7<br>Judge Charles M. Walker<br>Jointly Administered |

## EMERGENCY ORDER SHORTENING NOTICE AND SETTING HEARING

Upon consideration of the *Notice and Motion for Expedited Hearing on Shortened Notice on IPFS Corporation's Motion for Relief from the Automatic Stay, or, in the Alternative, for Adequate Protection* (the "Motion")[1] and any objection to the Motion; and after due deliberation thereon; and good cause having been shown and found, it is, by the United States Bankruptcy Court for the Middle District of Tennessee, hereby:

**ORDERED**, that an expedited hearing is **GRANTED**; and it is further

**ORDERED**, that the hearing on the Motion shall be set for ___March___ _30_, 2026, at 10:00 AM (CST) in Courtroom 2, Customs House, 701 Broadway, Nashville, Tennessee 37203; and it is further

ORDERED, that the deadline for any objections or responses to the relief requested is March 27, 2026 by 4:00 PM (CST); and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED** that virtual hearing is **ALLOWED,** IPFS Corporation's out of state witness and out of state counsel may appear remotely at such hearing, and IPFS Corporation may produce evidence and witness testimony remotely at such hearing.

| THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE. |
| --- |

SUBMITTED FOR ENTRY BY:

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ David G. Thompson*
David G. Thompson (Bar No. 20309)
1222 Demonbreun Street, Suite 201
Nashville, TN 37203
Telephone: (629) 312-1843
Email: david.thompson@wbd-us.com

*Counsel to IPFS Corporation*

Case 3:26-bk-00316    Doc 198    Filed 03/25/26    Entered 03/25/26 18:36:13    Desc Main
Document    Page 3 of 3