**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:26-bk-00316 |
| | ) | Chapter 7 |
| **Paladin Capital, Inc., et al.,** | ) | |
| | ) | Judge Charles M. Walker |
| Debtors. | ) | (Substantively Consolidated) |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Earl Meadows ("Movant"), creditor of Robert Bearden, Inc. ("RBI"), in case no. 3:26-bk-00325, consolidated in the above-captioned proceeding, by and through undersigned counsel, and pursuant to 11 U.S.C. § 362(d)(1), Federal Rule of Bankruptcy Procedure 4001, and Local Rule 4001-1, respectfully moves this Court for entry of an Order modifying the automatic stay to permit Movant to continue prosecution of a pending personal injury action against RBI in the State Court of Lowndes County, Georgia, Case No. 2026SCV0087 (the "Meadows Action"). In support thereof, Movant states as follows:

**I.**

**JURISDICTION AND VENUE**

1.

The Court has jurisdiction to consider this motion as a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(G) and 1334.

2.

Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**II.**

**FACTS**

3.

RBI filed a voluntary petition under Chapter 11 on January 26, 2026.

4.

RBI's case was procedurally consolidated and jointly administered under the above-captioned lead case, Case No. 3:26-bk-00316.

5.

On March 2, 2026, the jointly administered cases were converted to Chapter 7 and a Chapter 7 Trustee was appointed.

6.

On August 3, 2026, the Court entered an Order Granting Substantive Consolidation of the Debtors, consolidating all affiliated cases, including RBI's Case No. 3:26-bk-0032, into the lead case, Case No. 3:26-bk-00316.

7.

Movant commenced the "Meadows Action" on January 20, 2026 arising from a December 12, 2024 motor vehicle collision in which Isaac Moore, operating a 2019 Dodge Ram owned by RBI, struck the rear of the vehicle in which Movant was a passenger at South Patterson Street at its intersection with Madison Highway in Valdosta, Lowndes County, Georgia. A copy of the complaint filed in the "Meadows Action" is attached hereto as Exhibit 1.

8.

the "Meadows Action" is stayed as to RBI pursuant to 11 U.S.C. § 362(a). On March 12, 2026, counsel for the Debtors filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings in the "Meadows Action". Movant's claims in the "Meadows Action" are being defended by RBI's insurance defense counsel, and there will be no burden on the Trustee or the estate to defend the "Meadows Action".

**ARGUMENT**

9.

Cause exists under 11 U.S.C. § 362(d)(1) to permit continuation of the "Meadows Action". Courts within the Sixth Circuit routinely grant stay relief to permit pending litigation to proceed in the non-bankruptcy forum where doing so promotes judicial economy and does not prejudice the bankruptcy estate. See, Garzoni v. K-Mart Corp. (In re Garzoni), 35 Fed. Appx. 179, 181 (6th Cir. 2002) (unpublished) (identifying factors relevant to stay relief where litigation is pending in another forum).

10.

These factors favor stay relief in this case. First, the Georgia state court is the appropriate forum to adjudicate liability and damages arising under Georgia law, and Movant has demanded a jury trial in the matter. The Bankruptcy Code expressly preserves the adjudication of personal injury tort claims outside the bankruptcy forum. See, 28 U.S.C. § 1411(a). Second, Movant's claims in the "Meadows Action" are defended by RBI's insurance defense counsel, creating no burden on the Trustee or the estate to participate in that defense. Third, Movant seeks only to liquidate his claims for the purpose of recovering from RBI's liability insurance coverage, and expressly limits any recovery to available insurance proceeds, creating no exposure to the bankruptcy estate. For the avoidance of doubt, Movant expressly does not waive, release, limit, or subordinate any rights his may have against RBI, the bankruptcy estate, applicable insurance coverage, or any other potentially liable party or source of recovery.

11.

Under these circumstances, modification of the stay will promote efficient resolution of the dispute while preserving the protection afforded to the bankruptcy estate and to Movant, including his right to trial by jury.

12.

Movant additionally requests that the provisions of Bankruptcy Rule 4001(a)(3) be waived, in order that Movant be allowed to immediately enforce the relief granted herein.

**PRAYER FOR RELIEF**

13.

Wherefore, Movant requests that the Court enter an order that:

a. Grants Movant relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) in order to continue the "Meadows Action", with waiver of the 14-day stay of relief otherwise provided under Rule 4001(a)(3);

b. Grants to Movant such other, further and general relief to which it may show itself entitled at a hearing of this case.

Respectfully submitted,

/s/ Shilpini Burris
Shilpini Burris
TN BPR #035526
McPherson Law Firm, PLLC
PO Box 21016
Little Rock, AR 72221
Phone: 816-237-0840
Email: efile@mcphersonfirm.com

Attorney for Movant Earl Meadows

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:26-bk-00316 |
| | ) | Chapter 7 |
| **Paladin Capital, Inc., et al.,** | ) | |
| | ) | Judge Charles M. Walker |
| Debtors. | ) | (Substantively Consolidated) |

## CERTIFICATE OF SERVICE

I, Shilpini Burris, counsel for Movant Earl Meadows, do hereby certify that on August 20, 2026, I caused a true and correct copy of the foregoing Motion to Lift Automatic Stay Regarding Personal Injury Action Against Debtors and all attachments thereto, to be served via the electronic case filing system (CM/ECF) and/or by depositing a copy of the same in the United States Mail, first class, postage prepaid, in a properly addressed envelope to the following parties:

**Via ECF:**
Michael G. Abelow
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
mabelow@srvhlaw.com
Attorney for Debtors

**Via ECF:**
United States Trustee
Office of the United States Trustee
701 Broadway, Ste 318
Nashville, TN 37203-3966
ustpregion08.na.ecf@usdoj.gov

**Via ECF:**
Jeanne Ann Burton
Chapter 7 Trustee
Jeanne Ann Burton PLLC

4117 Hillsboro Pk, Suite 103-116
Nashville, TN 37215

**Via ECF:**

Justin T. Campbell / Phillip G. Young, Jr.
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
justin@thompsonburton.com
phillip@thompsonburton.com
Counsel for Chapter 7 Trustee

**Via U.S. Mail:**

Paladin Capital, Inc.
5200 Maryland Way
Brentwood, TN 37027

**Via U.S. Mail:**

Robert Bearden, Inc.
5200 Maryland Way
Brentwood, TN 37027

/s/ Shilpini Burris
Shilpini Burris
TN BPR #035526
McPherson Law Firm, PLLC
PO Box 21016
Little Rock, AR 72221
Phone: 816-237-0840
Email: efile@mcphersonfirm.com
Attorney for Movant Earl Meadows