**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>PALADIN CAPITAL, INC., et al,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-BK-00316<br>Chapter 7<br>Judge Charles M. Walker |
| BP 3, LLC,<br><br>Movant,<br><br>V.<br><br>PALADIN CAPITAL, INC., et al<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Preliminary Hearing Date: October 28, 2026, at 11:00 a.m. |

**JOINT MOTION FOR ENTRY OF AGREED ORDER CONTINUING PRELIMINARY HEARING AND PREHEARING ORDER REGARDING BP 3 LLC'S MOTION FOR RELIEF FROM STAY**

Comes now BP 3, LLC ("Movant"), and Jeanne A. Burton, Chapter 7 Trustee (the "Trustee"), by and through counsel for the Chapter 7 Trustee, Justin T. Campbell, and for their Joint Motion for Entry of Agreed Order Continuing Preliminary Hearing and Prehearing Order Regarding BP 3 LLC's Motion for Relief From Stay, respectfully state:

1. Movant filed a Motion for Relief from the Automatic Stay on October 1, 2026 (DN 378, the "Motion"). The Court entered the Notice of Preliminary Hearing and Prehearing Order on October 2, 2026 (DN 381, the "Prehearing Order").

2. The Prehearing Order set a preliminary hearing on the Motion for October 28, 2026 (the "Hearing Date"), along with certain other deadlines relating to the Hearing Date.

3. The parties have been engaged in discussions in the hope of resolving the Motion. As a result, the parties are requesting entry of an Agreed Order continuing the Hearing Date

to November 4, 2026, at 11:00 AM in Courtroom 2, with all other deadlines in the Prehearing Order -being continued based on the new Hearing Date.

4. The Agreed Order submitted with this Motion also provides for the continuation of the Automatic Stay, pending further orders of the Court.

WHEREFORE, the parties respectfully request the Court to enter the Agreed Order.

Respectfully submitted,

*/s/ Phillip P. Welty*
Phillip P. Welty
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
pwelty@gsrm.com

*Counsel for BP 3, LLC*

*/s/ Justin T. Campbell*
Justin T. Campbell
THOMPSON BURTON PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
(615) 465-6015
justin@thompsonburton.com

*Counsel for Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, a copy of the foregoing document was filed electronically to be served via the Court's CM/ECF system on all parties.

*/s/ Phillip P. Welty.*
Phillip P. Welty