**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:26-BK-00316 |
| PALADIN CAPITAL, INC., et al, | ) | Chapter 7 |
| | ) | Judge Charles M. Walker |
| Debtor. | ) | |
| | ) | |
| | ) | |
| BP 3, LLC, | ) | Preliminary Hearing Date: October 28, 2026, at 11:00 a.m. |
| | ) | |
| Movant, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| PALADIN CAPITAL, INC., et al | ) | |
| | ) | |
| Respondents. | ) | |

**AGREED ORDER CONTINUING PRELIMINARY HEARING AND PREHEARING ORDER REGARDING BP 3 LLC'S MOTION FOR RELIEF FROM STAY**

Upon the Joint Motion of Jeanne A. Burton, Chapter 7 Trustee, by and through counsel for the Chapter 7 Trustee, Justin T. Campbell and BP 3 LLC for Entry of Agreed

Order Continuing Preliminary Hearing and Prehearing Order Regarding BP 3 LLC's Motion For Relief From Stay, and based on the agreement of the parties as evidenced by their signatures below, and the Court having reviewed the record and being otherwise properly and sufficiently advised,

IT IS HEREBY ORDERED:

1. The Preliminary Hearing originally scheduled for October 28, 2026, is hereby continued to November 4, 2026, at 11:00 AM in Courtroom 2, 701 Broadway, Nashville, TN 37203. All other deadlines set in the Prehearing Order (DN 381) are continued based on the new Hearing date of November 4, 2026.

2. The Automatic Stay is continued in effect pending further orders of the Court.

SEEN AND AGREED:

*/s/ Phillip P. Welty*
Phillip P. Welty
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
pwelty@gsrm.com

*Counsel for BP 3, LLC*

*/s/ Justin T. Campbell*
Justin T. Campbell
THOMPSON BURTON PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
(615) 465-6015
justin@thompsonburton.com

*Counsel for Trustee*